UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-62347-Civ-HUNT

DONNIE CHIKEZIE LEUNG TAT,

      Plaintiff,

v.

GARY AMUNDSON, individually, and
GREGORY TONY, as SHERIFF of
BROWARD COUNTY, Florida,

      Defendants.
_____/

## SPECIAL INTERROGATORIES TO THE JURY

**Do you find from a preponderance of the evidence:**

### FEDERAL LAW CLAIMS

1. That Gary Amundson intentionally committed acts that violated Donnie Leung Tat's right to protected speech in the absence of probable cause under the First Amendment?

    Answer Yes or No __Yes__

2. That Gary Amundson intentionally committed acts that violated Donnie Leung Tat's right to be free from arrest in the absence of probable cause under the Fourth Amendment?

    Answer Yes or No __Yes__

If your answer to Questions # 1 AND 2 are "NO," this ends your deliberations as to the Federal Law claims, and you should proceed to the State Law claims below starting on Page 3.

If your answer to Question # 1 OR 2 was "YES," please answer Question # 3.

1

3. That Gary Amundson's conduct caused Donnie Leung Tat's injuries?

Answer Yes or No __Yes__

If your answer is "No," this ends your deliberations as to the Federal Law claims, and you should proceed to the State Law claims below starting on Page 3. If your answer is "Yes," please go to the next question.

4a. That Donnie Leung Tat should be awarded compensatory damages against Gary Amundson for violating Donnie Leung Tat's Federal constitutional rights?

Answer Yes or No __Yes__

If your answer is "YES," in what amount? $ __150,000.00__

-- OR --

4b. That Donnie Leung Tat should be awarded nominal damages against Gary Amundson for violating Donnie Leung Tat's Federal constitutional rights?

Answer Yes or No __no__

If your answer is "YES," in what amount? $_____

5. That punitive damages should be assessed against Gary Amundson for violating Donnie Leung Tat's Federal civil constitutional rights?

Answer Yes or No __Yes__

If your answer is "YES," in what amount? $ __3,500.00__

2

## STATE LAW CLAIMS

6. That Gary Amundson committed acts that violated Donnie Leung Tat's right to be free from arrest in the absence of probable cause under Florida law?

Answer Yes or No __yes__

If your answer to Question # 6 is "NO," this ends your deliberation, and your foreperson should sign and date the last page of this verdict form.

If your answer to Question # 6 is "YES," go to the next question.

7. That Gary Amundson's conduct caused Donnie Leung Tat's injuries?

Answer Yes or No __yes__

If your answer to Question # 7 is "NO," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

If your answer to Question #7 is "YES," please go to the next question.

8a. That Donnie Leung Tat should be awarded compensatory damages against Gary Amundson for violating Donnie Leung Tat's right to be free from arrest under State Law?

Answer Yes or No __yes__

If your answer is "YES," in what amount? __$150,000.00__

-- OR –

3

8b. That Donnie Leung Tat should be awarded nominal damages against Gary Amundson for violating Donnie Leung Tat's right to be free from arrest under State Law?

Answer Yes or No __no__

If your answer is "YES," in what amount? $_____

9. Do you find by a preponderance of the evidence that Gregory Tony, as Sheriff of Broward County, Florida is entitled to sovereign immunity for the arrest of Donnie Leung Tat by Gary Amundson?

Answer Yes or No __no__

If your answer to Question # 9 is "NO," do not answer Question # 10. Please proceed directly to Question # 11.

If your answer to Question # 9 is "YES," go to Question # 10.

10. That punitive damages should be assessed against Gary Amundson for violating Donnie Leung Tat's right to be free from arrest in the absence of probable cause under Florida law?

Answer Yes or No __[illegible scribble]__

If your answer is "YES," in what amount? $_____

11. That Gary Amundson committed acts that violated Donnie Leung Tat's right, without probable cause, to be free from malicious prosecution under Florida law?

Answer Yes or No __no__

If your answer to Questions # 11 is "NO," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

4

If your answer to Questions # 11 is "YES," please go to the next question.

12. That Gary Amundson's conduct caused Donnie Leung Tat's injuries?

Answer Yes or No _____

If your answer to Question # 12 is "NO," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

If your answer to Question # 12 is "YES," please go to the next question.

13. That Donnie Leung Tat should be awarded compensatory damages against Gary Amundson for violating Donnie Leung Tat's right to be free from malicious prosecution under Florida law?

Answer Yes or No _____

If your answer is "YES," in what amount? _____

14. That punitive damages should be assessed against Gary Amundson for violating Donnie Leung Tat's right to be free from malicious prosecution under Florida law?

Answer Yes or No _____

If your answer is "YES," in what amount? $ _____

SO SAY WE ALL.

Foreperson's Signature _____

2/27/19
Date